Robert Forshey
State Bar No. 07264200
Matthew G. Maben
State Bar No. 24037008
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com
mmaben@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| AMSCO STEEL COMPANY, L.L.C. | ) | Case No. 15-_____-___11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1

There is no corporation that directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

Dated: August 10, 2015.

                                              AMSCO STEEL COMPANY, L.L.C.

                                              By: _____
                                                   Stephen S. Sikes, Member