B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: AMSCO Steel Company, LLC                    Case No. **15-**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Minmetals, Inc.<br>1200 Harbor Blvd., Floor 8<br>Weehawken, NJ 07086 | <br><br>817-222-0305 | Trade Debt | | $874,087.46 |
| Delaware Steel Co. of Pennsylvania<br>535-102 Pennsylvania Ave.<br>Fort Washington, PA 19034-3408 | Jerald Brownstein<br><br>281-768-8803 | Trade Debt | | $809,542.67 |
| California Steel Industries<br>PO Box 840096<br>Los Angeles, CA 90084-0096 | Richard Sambrano<br><br>909-350-6355 | Trade Debt | | $644,542.79 |
| Kane Steel & Iron, LLC<br>PO Box 381985<br>Birmingtham, AL 35238-1985 | Justin Kane<br><br>205-995-8856 | Trade Debt | | $363,483.12 |
| USS-Posco Industries<br>PO Box 742362<br>Los Angeles, CA 90074 | Bonny Okino<br><br>925-439-6475 | Trade Debt | | $302,247.03 |
| Sumitomo Corporation<br>91021 Collections Center Dr.<br>Chicago, IL 60693 | <br><br>877-384-7262 | Trade Debt | | $290,178.61 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **AMSCO Steel Company, LLC**　　　　　　　　　　Case No. **15-**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cressaty Metals, Inc.<br>PO Box 158837<br>Nashville, TN 37215<br><br>615-292-0509 | | Trade Debt | | $271,505.98 |
| Ahmsa International Inc.<br>5150 N. Loop 1604 W<br>San Antonio, TX 78249<br><br>210-477-2774 | Tom Cameron | Trade Debt | | $181,107.10 |
| Metallia U.S.A. LLC<br>2200 Fletcher Ave.<br>Fort Lee, NJ 07024<br><br>201-585-5000 | | Trade Debt | | $140,345.80 |
| Steelscape<br>Dept. LA<br>Lockbox 24150<br>Pasadena, CA 91185<br><br>972-831-7410 | Jeanine Menard | Trade Debt | | $137,776.64 |
| AM/NS Calvert LLC<br>PO Box 538304<br>Atlanta, GA 30353<br><br>713-857-0218 | | Trade Debt | | $98,072.07 |
| Marubeni-Itochu Steel America<br>Lock Box #4592<br>Collections Center Dr.<br>Chicago, IL 60693<br><br>215-834-1313 | | Trade Debt | | $91,502.57 |
| Ternium International USA Corp.<br>PO Box 3039<br>Carol Stream, IL 60132-3039<br><br>713-767-7358 | | Trade Debt | | $83,626.45 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  AMSCO Steel Company, LLC      Case No.  15-

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Toyota Tsusho America, Inc.<br>Attn: W502108<br>PO Box 7777<br>Philadelphia, PA 19175<br><br>212-782-4471 | | Trade Debt | | $70,752.30 |
| Advance Steel Co.<br>16250 Northland Dr., #325<br>Southfield, MI 48075<br><br>313-571-6700 | Alex Stewart | Trade Debt | | $61,729.90 |
| ASKO, Inc.<br>PO Box 951628<br>Cleveland, OH 44193<br><br>800-224-5945 | | Trade Debt | | $60,317.88 |
| Haynes and Boone LLP<br>Bank of America<br>100 W. 33rd St.<br>New York, NY 10001<br><br>214-651-5766 | | Legal Fees | | $58,212.07 |
| Cargill Steel & Wire<br>PO Box 841674<br>Dallas, TX 75284-1674<br><br>713-672-4200 | | Trade Debt | | $57,712.56 |
| First Insurance Funding Co.<br>PO Box 7000<br>North Suburban, IL 60197<br><br>860-510-0100 | | - | | $52,282.80 |
| Health Care Service Corporation<br>PO Box 731428<br>Dallas, TX 75373<br><br>817-927-5333 | | - | | $51,815.47 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **AMSCO Steel Company, LLC**　　　　　　　　　　　　　Case No. **15-**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Member**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **8/10/2015**　　　　　　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　**Stephen S. Sikes**
　　　　　　　　　　　　　　　　　　　　　　**Member**