J. Robert Forshey
State Bar No. 07264200
Matthew G. Maben
State Bar No. 24037008
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com
mmaben@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| AMSCO STEEL COMPANY, L.L.C., | ) | Case No. 15-43239-rfn11 |
| PYNDUS STEEL & ALUMINUM CO., INC., | ) | Case No. 15-43240-dml11 |
| | ) | (Motion for Joint Administration Pending) |
| Debtors. | ) | **Emergency Hearing Requested** |

## MOTION OF AMSCO STEEL COMPANY, L.L.C. AND PYNDUS STEEL & ALUMINUM CO., INC. PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND N.D. TEX. L.B.R. 1015-1 FOR AN ORDER DIRECTING JOINT ADMINISTRATION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COME NOW AMSCO Steel Company, L.L.C. ("AMSCO") and Pyndus Steel & Aluminum Co., Inc. ("Pyndus" and, together with AMSCO, the "Debtors"), as debtors in possession, and file this Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and N.D. Tex. L.B.R. 1015-1 for an Order Directing Joint Administration (the "Motion"). In support thereof, the Debtors respectfully state as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND AND EVENTS LEADING TO BANKRUPTCY

2.      On August 10, 2015 (the "Petition Date"), the Debtors commenced with this Court voluntary cases under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their businesses and manage their property as debtors in possession.

3.      AMSCO was formed in 1952 and is located in Fort Worth, Texas.  Pyndus is a wholly owned subsidiary of AMSCO and operates out of a facility in San Antonio, Texas.  The Debtors are suppliers and processors of steel products for a wide variety of customers throughout the United States and Mexico.  The industries served by the Debtors include energy, industrial, HVAC, commercial and residential construction, original equipment manufacturers, precision sheet metal, metal stamping, distributors and warehousing.  The products offered by the Debtors to their customers include the following varieties of steel: hot-rolled, cold-rolled, pickled and oiled, galvanized, galvannealed, galvalume and electro-galvanized.  The Debtors possess the capability to decoil, slit, cut to length, edge condition, and shear and brake steel to customized specifications for its customers.

4.      As a result of the economic downturn, beginning in 2009 the Debtors began experiencing liquidity issues.  The Debtors were able to stabilize operations, but continued to experience liquidity issues.  The Debtors defaulted on certain obligations allegedly owing to their lender Marquette Business Credit SPE I, L.L.C. ("Marquette").  A forbearance agreement between the Debtors and Marquette was previously entered into, but has terminated and not been extended.

5.      The Debtors diligently attempted to locate strategic and/or financial lending sources and/or buyers for their businesses in order to solve the liquidity problems.  Although the Debtors engaged Headwaters MB pre-petition as financial advisors to assist in these efforts, which efforts continue today, the Debtors ultimately determined that they are unable to meet their liquidity needs to continue operating indefinitely.  The Debtors therefore concluded that

commencement of these cases and operation of the businesses as debtors-in-possession under the protection of the Bankruptcy Code is in the best interests of the Debtors, their creditors and other stakeholders.

6. No creditors' committee has been appointed in these cases by the United States Trustee. Further, no trustee or examiner has been requested or appointed in these chapter 11 cases.

## RELIEF REQUESTED

7. By this Motion, the Debtors seek, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and N.D. Tex. L.B.R. 1015-1, the joint administration of their chapter 11 cases for procedural purposes only.

## BASIS FOR RELIEF

8. Bankruptcy Rule 1015(b) provides, in relevant part:

> If a joint petition or two or more petitions are pending in the same court by or against … a debtor and an affiliate, the court may order a joint administration of the estates.

FED. R. BANKR. P. 1015(b). The Debtors are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code. Accordingly, this Court is authorized to grant the relief requested herein. Further, the Courts in this Division have previously granted similar relief. *See, e.g., In re Heartland Automotive Holdings, Inc., et al.*, Case No. 08-40047 (Bankr. N.D. Tex. January 9, 2008); *In re Pilgrims Pride Corporation, et al.*; Case No. 08-45664 (Bankr. N.D. Tex. December 3, 2008); and *In re Mirant Corp., et al.*, Case No. 03-46590 (Bankr. N.D. Tex. July 16, 2003); *In re Kitty Hawk, Inc., et al.*, Case No. 07-44536 (Bankr. N.D. Tex. Oct. 17, 2007).

9. Joint administration of the Debtors' chapter 11 cases will expedite the administration of these cases and reduce administrative expenses without prejudicing any creditor's substantive rights. For example, joint administration will permit the Clerk of the Court to utilize a single general docket for these cases and combine notices to creditors of the Debtors' respective estates and other parties in interest. The Debtors anticipate that numerous

notices, applications, motions, other pleadings and orders in these cases will affect both of the Debtors. Joint administration will permit counsel for all parties in interest to include the Debtors' respective cases in a single caption on the documents that will be filed and served in these cases. Joint administration also will enable parties in interest in each of the above-captioned chapter 11 cases to be apprised of the various matters before the Court in both of these cases.

10.     Because these cases involve separate Debtors with numerous potential creditors, the entry of an order of joint administration will: (a) significantly reduce the volume of paper that otherwise would be filed with the Clerk of this Court; (b) simplify for the Office of the United States Trustee the supervision of the administrative aspects of these chapter 11 cases; (c) render the completion of various administrative tasks less costly; and (d) minimize the number of unnecessary delays associated with the administration of separate chapter 11 cases. Additionally, because this is not a motion for the substantive consolidation of the Debtors' estates, the rights of parties in interest will not be prejudiced by the proposed joint administration of these cases because each creditor may still file its claim against a particular estate. In fact, the rights of all creditors will be enhanced by the reduction in costs resulting from the joint administration.

11.     The Debtors submit that joint administration of the above-captioned cases is in their best interest, as well as those of their respective estates, creditors and other parties in interest.

## NOTICE

12.     Notice of this Motion has been provided to (a) the office of the United States Trustee for the Northern District of Texas; (b) Marquette; (c) the holders of the twenty (20) largest unsecured claims against both of the Debtors; and (d) certain other creditors, counsel and/or parties-in-interest; all as set forth in the below Certificate of Service. The Debtors submit that no further notice need be provided.

## CONCLUSION

WHEREFORE, the Debtors respectfully request (i) entry of the order, substantially in the form of **Exhibit "1"** attached hereto, directing the joint administration of their respective chapter 11 cases, (ii) approving and adopting the proposed form of caption set forth in **Exhibit "A"** to the proposed order, and (iii) granting the debtors such other and further relief as is just and proper.

Dated: August 10, 2015.

Respectfully submitted,

/s/ J. Robert Forshey
J. Robert Forshey
State Bar No. 07264200
Matthew G. Maben
State Bar No. 24037008
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com
mmaben@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the parties listed on the attached service list via ECF electronic Notice, if available, on August 10, 2015 or via United States Mail, first class postage prepaid on August 11, 2015. I further certify that a true and correct copy of the foregoing document was additionally served via email upon the parties listed below at the email addresses indicated below on August 10, 2015:

Marquette Business Credit SPE I, LLC
c/o Lynnette R. Warman
Culhane Meadows PLLC
100 Crescent Court, Suite 700
Dallas, TX 75201
lwarman@culhanemeadows.com

United States Trustee
Attn: Elizabeth Ziegler, Trial Attorney
Attn: Meredyth Kippes, Trial Attorney
1100 Commerce Street, Room 976
Dallas, TX 75242
elizabeth.ziegler@usdoj.gov
meredyth.a.kippes@usdoj.gov

/s/ J. Robert Forshey
J. Robert Forshey

L:\BFORSHEY\AMSCO - Pyndus Steel (WO) #5762\Pleadings\Motion for Joint Administration 08.06.15.docx

Service List
**AMSCO Steel/Pyndus Steel**
**#5762**

AMSCO Steel Company, LLC
Attn:  Stephen S. Sikes
3430 McCart Street
Fort Worth, TX 76110

Pyndus Steel & Aluminum Co., Inc.
Attn:  Stephen S. Sikes
2707 Castroville Road
San Antonio, TX 78237

United States Trustee
Attn: Elizabeth Ziegler, Trial Attorney
Attn:  Meredyth Kippes, Trial Attorney
1100 Commerce Street, Room 976
Dallas, TX 75242

Idealease Services, Inc.
430 N Rand Rd.
Barrington, IL 60010

Southwest Idealease
3722 Irving Blvd.
Dallas, TX 75247

Aaron Smith
167 Deer Creek Dr.
Aledo, TX 76008

ACS Hydraulics
1101 Stanley Dr.
Euless, TX 76040

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250

Advance Steel Co.
16250 Northland Dr., #325
Southfield, MI 48075

Aflac
1932 Wynnton Rd.
Columbus, GA 31999-0001

Ahmsa International Inc.
5150 N. Loop 1604 W
San Antonio, TX 78249

Alamo Iron Works, Inc.
PO Box 231
San Antonio, TX 78291-0231

Allied Electronics Inc.
Accounts Receivable Dept.
7151 Jack Newell Blvd. S.
Fort Worth, TX 76118

AM/NS Calvert LLC
PO Box 538304
Atlanta, GA 30353

American Drive Train Repair
PO Box 161427
Fort Worth, TX 76161

American Express
PO Box 650448
Dallas, TX 75265

Ameritas Life Insurance Corp.
PO Box 81889
Lincoln, NE 68501

Andeler Corporation
PO Box 204365
Dallas, TX 75320

Angelo Feed & Supply Mill
Palmer Feed & Supply
316 Martin Luther King Blvd.
San Angelo, TX 76903

Aramark
PO Box 731676
Dallas, TX 75373

ASKO, Inc.
PO Box 951628
Cleveland, OH 44193

AT&T
PO Box 5001
Carol Stream, IL 60197

AT&T
PO Box 5001
North Suburban, IL 60197

AT&T
PO Box 5017
Carol Stream, IL 60197

AT&T
PO Box 5017
North Suburban, IL 60197

AT&T
PO Box 5019
Carol Stream, IL 60197

AT&T
PO Box 5019
North Suburban, IL 60197

AT&T
PO Box 105068
Atlanta, GA 30348

AT&T
PO Box 105414
Atlanta, GA 30348

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197

AT&T Mobility
PO Box 6463
North Suburban, IL 60197

AT&T Mobility
PO Box 537104
Atlanta, GA 30353

Atmos Energy Corporation
PO Box 841425
Dallas, TX 75284-1425

Batteries Plus #154
5825 Camp Bowie Blvd.
Fort Worth, TX 76107

Bear Transportation Services
PO Box 671020
Dallas, TX 75267

Bearing Chain & Supply Inc.
3244 Gardenbrook Dr.
Farmers Branch, TX 75234

Bekker Electric, Inc.
PO Box 11021
Fort Worth, TX 76110

BNSF Railway Company
75 Remittance Dr.
Chicago, IL 60675

Bobby Dodd
2509 Earl Lane
Fort Worth, TX 76107

Bourland Wall & Wenzel P.C.
301 Commerce St.
Fort Worth, TX 76102

Briar Capital, L.P. as Agent
1500 City West, Suite 420
Houston, TX 77042

Business Automation Inc.
1544 W. Yale Ave.
Orange, CA 92867-3446

California Steel Industries
PO Box 840096
Los Angeles, CA 90084-0096

Capital Research and Management Co.
American Funds:  Finance & Acct.
3500 Wiseman Blvd.
San Antonio, TX 78251

Cargill Steel & Wire
PO Box 841674
Dallas, TX 75284-1674

CCE Inc.
10741 Tube Dr.
Hurst, TX 76053

Chemsearch
PO Box 971269
Dallas, TX 75397

Cher A. Bumps Inc.
2601 N.W. Expressway
Oklahoma City, OK 73112

City of Fort Worth
1000 Throckmorton St.
Fort Worth, TX 76102

Cockrell Printing Company
PO Box 1568
Fort Worth, TX 76101

Cody Redden
901 Big Valley Circle
Lipan, TX 76462

Coilplus, Inc.
6250 North River Rd., Suite 3030
Rosemont, IL 60018

Concord Supply Inc.
9594 S. Presa
San Antonio, TX 78223-5030

Conner Industries, Inc.
PO Box 200298
Dallas, TX 75320-0298

Conseco Life Insurance Co.
PO Box 223326
Pittsburgh, PA 15251

Continuum Retail Energy Services
PO Box 873112
Kansas City, MO 64187

Coutinho & Ferrostaal Inc.
24324 Network Place
Chicago, IL 60673-1324

Cressaty Metals, Inc.
PO Box 158837
Nashville, TN 37215

Debbie Dodson
4957 Avila Ave.
Carlsbad, CA 92008

Delaware Steel Company of Pennsylvania
535-102 Pennsylvania Ave.
Fort Washington, PA 19034-3408

DirectTV
PO Box 60036
Los Angeles, CA 90060

Dismuke & Waters, P.C.
2000 East Lamar Blvd.
Arlington, TX 76006

Donnie Rabenaldt
14303 Modesta Place
San Antonio, TX 78247

Duferco Steel, Inc.
Lockbox 730013
Dallas, TX 75266

EECU
PO Box 1777
Fort Worth, TX 76101

Emergency Ice
8700 Diplomacy Row
Dallas, TX 75247

Enprotech Industrial Technologies
16608 Collections Center Dr.
Chicago, IL 60693

Equipment Depot
1400 S Loop 12
Irving, TX 75060

FedEx
PO Box 660481
Dallas, TX 75266

First Insurance Funding Co.
PO Box 7000
North Suburban, IL 60197

Fort Worth Water Department
PO Box 870
Fort Worth, TX 76101

Fort Worth Water Department
PO Box 961003
Fort Worth, TX 76161-0003

Franklin Electric Supply
605 East Berry #115
Fort Worth, TX 76110

Hammons Garage
3453 McCart St.
Fort Worth, TX 76110

Haynes and Boone LLP
Bank of America
100 W. 33rd St.
New York, NY 10001

Headwaters BD, LLC
PO Box 911606
Denver, CO 80291

Health Care Service Corporation
PO Box 731428
Dallas, TX 75373

Horwood Ranch Company, Inc.
PO Box 724
Sterling City, TX 76951

Hudson Energy
Dept. 2037
PO Box 122037
Dallas, TX 75312-2037

Hudson Energy
PO Box 731137
Dallas, TX 75373

Humberto Sandoval
1029 E Powell Ave.
Fort Worth, TX 76104

Hurst Fire Equipment
1604 Meadowcrest Lane
Mansfield, TX 76063

Integrity Control Services
PO Box 732291
Dallas, TX 75373

Inwest Retirement Solutions
3300 North A St.
Midland, TX 79705

J. P. Bowlin Co., Inc.
PO Box 123500
Fort Worth, TX 76121-3500

Jan-Pro
3001 Gateway Dr.
Irving, TX 75063

Jesse P. Taylor Oil Co.
3701 N. Sylvania
Fort Worth, TX 76137

Kane Steel & Iron, LLC
PO Box 381985
Birmingham, AL 35238-1985

Kinder Morgan TX Terminals
Dept. 3017
PO Box 201607
Dallas, TX 75320-1607

Lone Star Machine Works, Inc.
1608 Bruce Way
Seagoville, TX 75159

Luiz Toledo, MD
4255 Bryant Irvin Rd.
Fort Worth, TX 76109

Macsteel Service Centers USA, Inc.
888 San Clemente Dr., Suite 250
Newport Beach, CA 92660

Majestic Steel USA, Inc.
NW 6118
PO Box 1450
Minneapolis, MN 55485-6118

Manuel Baca
4537 Merida Ave.
Fort Worth, TX 76115

Mark M. Jones
One Ridgmar Centre
Fort Worth, TX 76116

Marquette Business Credit SPE I, LLC
Attn:  Portfolio Manager
5910 N. Central Expressway, Suite 1900
Dallas, TX 75206

Marquette Business Credit SPE I, LLC
c/o Lynnette R. Warman
Culhane Meadows PLLC
100 Crescent Court, Suite 700
Dallas, TX 75201

Marubeni-Itochu Steel America
Lock Box #4592
Collections Center Dr.
Chicago, IL 60693

Matheson Tri-Gas
PO Box 845502
Dallas, TX 75284-5502

Meridian Bank Texas
100 Lexington St., Suite 100
Fort Worth, TX 76102

Metallia U.S.A. LLC
2200 Fletcher Ave.
Fort Lee, NJ 07024

Metro Business Products
2694 Gravel Dr.
Fort Worth, TX 76118

Metroplex Filter Services
PO Box 185487
Fort Worth, TX 76181

Minmetals, Inc.
1200 Harbor Blvd., Floor 8
Weehawken, NJ 07086

Motion Industries, Inc.
PO Box 849737
Dallas, TX 75284-9737

M.S. Air Inc.
PO Box 48203
Watauga, TX 76148

MSCI Texas Chapter
Attn:  Jennifer Childress
320 Highland Springs Lane
Georgetown, TX 78633

National Bolt & Industrial Supply
391 N. Beach St.
Fort Worth, TX 76111-7019

Nordic Company
4390 Gibsonia Rd.
Gibsonia, PA 15044-5325

Norton Metals, Inc.
1350 Lawson Rd.
Fort Worth, TX 76131

OMI Crane Services
PO Box 1719
Rockwall, TX 75087

Ozarka Direct
PO Box 856680
Louisville, KY 40285

Pitney Bowes Global Finance
PO Box 371887
Pittsburgh, PA 15250

Precision Metalforming Association
6363 Oak Tree Blvd.
Independence, OH 44131

Priefert Mfg. Co., Inc.
PO Box 1540
Mt. Pleasant, TX 76113

Prime Pest Management
3333 Earhart Dr.
Carrollton, TX 7506

Professional Insurance Company
PO Box 406263
Atlanta, GA 30384

Progressive Waste Solutions of Texas
PO Box 650470
Dallas, TX 75265

Propane Bottle Service
5216 Jacksboro Highway
Fort Worth, TX 76114

Providence Supply
718 Lemons Gap Rd.
Tuscola, TX 79562

Radiology Associates of North
PO Box 99337
Fort Worth, TX 76199

Rail Link International
209 W. 2nd St.
Box 282
Fort Worth, TX 76102

Rusco Packaging, Inc.
PO Box 226685
Dallas, TX 75222-6685

S&P Steel Products, Inc.
1503 North Post Oak Rd.
Houston, TX 77055

Samuel, Son & Co., Inc.
24784 Network Place
Chicago, IL 60673

SPS Family Partnership, Ltd.
3908 Westcliff Rd. South
Fort Worth, TX 76109

Staples Credit Plan
Dept. 11-0001922178
PO Box 183174
Columbus, OH 43218

Steel & Pipe Supply Co., Inc.
PO Box 731266
Dallas, TX 75373

Steelscape
Dept. LA
Lockbox 24150
Pasadena, CA 91185

Stripco Inc.
PO Box 248
Osceola, IN 46561

Stuart Hose
701 Riverside Dr.
Fort Worth, TX 76111

Sumitomo Corporation
91021 Collections Center Dr.
Chicago, IL 60693

S.W. Industrial Services, Inc.
2413 Whitmore
Fort Worth, TX 76107

S.W. Technical Services, Inc.
3209 Hidden Cove Dr.
Plano, TX 75075

TCU Florist
3131 university Dr.
Fort Worth, TX 76109

Telesys
6840 Boulevard 26
Fort Worth, TX 76180

Ternium International USA Corp.
PO Box 3039
Carol Stream, IL 60132-3039

Texas Medicine Resources
PO Box 8549
Fort Worth, TX 76124

The Whitney Smith Company, Inc.
301 Commerce St., Suite 1950
Fort Worth, TX 76102-3708

ThyssenKrupp Steel USA, LLC
1 ThyssenKrupp Dr.
Calvert, AL 36513

Tindall Record Storage
630 N. Freeway, Suite 300
Fort Worth, TX 76102

Tom Baloga
3928 vista Greens Dr.
Fort Worth, TX 76244

Toyota Tsusho America, Inc.
Attn: W502108
PO Box 7777
Philadelphia, PA 19175

Triple-S Steel Supply Co.
PO Box 201375
Houston, TX 77216-1375

TX Building and Roofing, Inc.
3413 Highway 281 North
Marble Falls, TX 78654

Uline
2200 S. Lakeside Dr.
Waukegan, IL 60085

USS-Posco Industries
PO Box 742362
Los Angeles, CA 90074

UTI Transport Solutions Inc.
PO Box 403526
Atlanta, GA 30384

WATCO Transloading, LLC
Dept. 1392
Denver, CO 80256

Wells Fargo Bank N.A., as Agent
111 West Ocean Blvd., Suite 300
Long Beach, CA 90802

Wesley Seals & Supply Co.
236 W. Bedford Euless Rd.
Hurst, TX 76053-4043

Willbanks Metals Inc.
1155 NE 28th St.
Fort Worth, TX 76106

Worldwide Express
PO Box 757
Bedford, TX 76095

W.W. Grainger, Inc.
Dept. 802324723
PO Box 419267
Kansas City, MO 64141

Penske Truck Leasing Co.
PO Box 802577
Chicago, IL 60680-2577

Santex International Truck
PO Box 20007
San Antonio, TX 78220

ABC Supply Co., Inc.
One ABC Parkway
Beloit, WI 53511

Ace Industries, Inc.
6925 McDonough Dr.
Norcross, GA 30093

Airgas USA, LLC
PO Box 676015
Dallas, TX 75267

Alamo City Truck Service
PO Box 200970
San Antonio, TX 78220

Alamo Xtreme A/C & Heating LLC
118 Clover Creek
San Antonio, TX 78245

AMSCO Steel Transportation
3430 McCart St.
Fort Worth, TX 76110

Arnold Oil Equipment Co. of SA
PO Box 18089
Austin, TX 78760

ASG Security
PO Box 601686
Charlotte, NC 28260

Berger Bldg. Prod-Berger Bros.
Dept. 3479
PO Box 2153
Birmingham, AL 35287

Berridge Manufacturing Co.
PO Box 301287
Dallas, TX 75303

Chamberlin-Austin Ltd.
1515 Dungan Land #210
Austin, TX 78754

Chem Link Products LLC
3901 Solutions Center
Chicago, IL 60677

Cintas Corporation
PO Box 88005
Chicago, IL 60680

Cintas First Aid & Safety
Cintas Fax Lockbox 636525
Cincinnati, OH 45263

Cobb Time Equipment
1412 Devin Dr.
New Braunfels, TX 78130

CPS Energy
PO Box 2678
San Antonio, TX 78289

De Lage Landen
PO Box 41602
Philadelphia, PA 19101

Delta – T
PO Box 808
Adkins, TX 78101

Diamond Knife & Shear Com
10942 WYE #207
San Antonio, TX 78217

Dot Metal Products
PO Box 712529
Cincinnati, OH 45271

Equipment Depot
PO Box 209004
Dallas, TX 75320-9004

Ferrellgas
PO Box 173940
Denver, CO 80217

Fiesta Bolt Company Inc.
PO Box 830625
San Antonio, TX 78283

Grabber Construction
1136 Industrial Dr. SW
Conover, NC 28613

Guardian
PO Box 824404
Philadelphia, PA 19182

Home Depot
Dept. 32-2006135341
PO Box 183175
Columbus, OH 43218

Indeco Products Inc.
PO Box 865
San Marcos, TX 78667

Inter Wrap Corp.
PO Box 280
Sumas, WA 98295

Irma Z. Ramirez
822 Rivas
San Antonio, TX 78207

ITW Brands
PO Box 75479
Chicago, IL 60675

Kenwood Painted Metals Inc.
20200 Governors Dr., Suite 202
Olympia Fields, IL 60461

Lone Star Fire & First Aid
449 Culebra Rd.
San Antonio, TX 78201

McElroy Metal Inc.
PO Box 1148
Shreveport, LA 71163

Metropolitan Telecommunications
PO Box 9660
Manchester, NH 03108

MFM Building Products Corp.
PO Box 340
Coshocton, OH 43812

Occupational Health Centers
PO Box 9005
Addison, TX 75001

Office Depot
Dept. 56-4202050372
PO Box 689020
Des Moines, IA 50368

O'Reilly Automotive Inc.
PO Box 9464
Springfield, MO 65801

OTP Industrial Solutions
PO Box 73278
Cleveland, OH 44193

Pack-Mark Inc.
1375 E Bitters Rd.
San Antonio, TX 78216

Pack-Mark Shipping Supplies
1375 E Bitters Rd.
San Antonio, TX 78216

Pitney Bowes Credit Corp.
PO Box 371887
Pittsburgh, PA 15250-7887

Red Wing Shoe Store
7105 San Pedro
San Antonio, TX 78216

RH Tamlyn & Sons LP
13623 Pike Rd.
Stafford, TX 77477

San Antonio Water System
PO Box 2990
San Antonio, TX 78229

Sealtite Building Fastener
PO Box 4515
Tyler, TX 75712

Specialty Rolled Metals
6377 Windfern
Houston, TX 77040

Springboard Enterprises LLC
14519 Lindale Rose Lane
Humble, TX 77396

Staples Business Advantage
Dept. DAL
PO Box 83689
Chicago, IL 60696

Stuart's Sheet Metal Inc.
9623 Beck Circle
Austin, TX 78758

Swisher Hygiene Franchise Trust
PO Box 473526
Charlotte, NC 28247

Time Warner Cable
Business Services
PO Box 60074
City of Industry, CA 91716

Triple-S Steel Supply Company
PO Box 21119
Houston, TX 77226

Tyco Integrated Security LLC
PO Box 371967
Pittsburgh, PA 15250

Unimet Metal Supply Inc.
PO Box 823200
Philadelphia, PA 19182

Uresti Electric
5330 Fair Ridge Dr.
San Antonio, TX 78228

Vestal Manufacturing
PO Box 420
Sweetwater, TN 37874

Victory White Metal Co.
6100 Roland Ave.
Cleveland, OH 44127

W R Grace & Company
PO Box 96160
Chicago, IL 60693

Westel
PO Box 203130
Austin, TX 78720

Western States Fire Protection Co.
13122 Lockout Way
San Antonio, TX 78233

White Star Steel, Inc.
PO Box 15518
Houston, TX 77220

Woody Butts
3451 Dalworth St.
Arlington, TX 76011

# EXHIBIT "1"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| AMSCO STEEL COMPANY, L.L.C., | ) | Case No. 15-43239-rfn11 |
| PYNDUS STEEL & ALUMINUM CO., INC., | ) | Case No. 15-43240-dml11 |
| | ) | |
| Debtors. | ) | **Jointly Administered Under** |
| | ) | **Case No. 15-43239-rfn11** |

**ORDER REGARDING FILING OF PLEADINGS AND
DIRECTING JOINT ADMINISTRATION OF CASES**

Came on for consideration the Motion of AMSCO Steel Company, L.L.C. and Pyndus

Steel & Aluminum Co., Inc. Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy

Procedure and N.D. Tex. L.B.R. 1015-1 for an Order Directing Joint Administration (the

"Motion").  The Court, having considered the matter of administering the above-captioned

cases, makes these findings of facts and conclusions of law.  This Court has jurisdiction over

the subject matter pursuant to 28 U.S.C. §§ 1334 and 157, and 11 U.S.C. § 105.  All parties-in-

interest were provided adequate notice and opportunity for hearing.  Joint administration of the

Debtors' cases is appropriate pursuant to Rule 1015(b) and (c) of the Federal Rules of

1

Bankruptcy Procedure.  An order of joint administration would serve judicial economy.  It is in the best interests of and without prejudice to the rights of the Debtors' estates, creditors, and other parties-in-interest.  It is hereby:

ORDERED that the Motion is hereby **GRANTED**; and it is further

ORDERED that capitalized terms not defined herein shall have the meanings attributed to such terms in the Motion; and it is further

ORDERED that the above-captioned cases be and hereby are, jointly administered by this Court for procedural purposes only and nothing contained herein shall constitute a substantive consolidation of the Debtors' estates; and it is further

ORDERED that all orders, pleadings, papers and documents, except proofs of claim, shall be filed and docketed in case number 15-43239-rfn11 (the "Lead Case"); and it is further

ORDERED that in the event these cases have been assigned to separate judges, the case not assigned to the judge of the Lead Case shall be transferred to the judge of the Lead Case; and it is further

ORDERED that all proofs of claim shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of both estates shall file and docket a proof of claim in both cases, with each proof of claim filed only in the amount which the creditor may claim against that estate; and it is further

ORDERED that all pleadings, papers, and documents, except proofs of claim, filed in the jointly administered cases shall bear the caption of the jointly administered cases as shown in **Exhibit "A"** attached hereto; and it is further

ORDERED that if pleadings, papers, and documents have been filed in the case that is not the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (a) re-file that pleading, paper, or document in the Lead Case within three (3) business days of the entry of this Order,

2

(b) set any hearing on the pleading, paper, or document before the judge assigned to the Lead Case, and (c) notice the hearing to all appropriate parties; and it is further

**ORDERED** that counsel for the Debtors shall serve a copy of this Order on the United States Trustee, all known creditors, persons filing Notices of Appearance, and other known parties-in-interest, and shall file a certificate of service with the Clerk of the Court; and it is further

**ORDERED** that counsel for the Debtors shall file with the Clerk of the Court in case number 15-43239-rfn11 a master service list of all known creditors, persons filing Notices of Appearance, and all known parties-in-interest in the jointly administered cases in the form prescribed by N.D. Tex. L.B.R. 1007-1.

### ###End of Order###

L:\BFORSHEY\AMSCO - Pyndus Steel (WO) #5762\Pleadings\Order Granting Motion for Joint Administration 08.06.15.docx

# EXHIBIT "A"

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| AMSCO STEEL COMPANY, L.L.C., | ) | Case No. 15-43239-rfn11 |
| PYNDUS STEEL & ALUMINUM CO., INC., | ) | Case No. 15-43240-dml11 |
| | ) | |
| Debtors. | ) | **Jointly Administered Under** |
| | ) | **Case No. 15-43239-rfn11** |

4