**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **AMSCO Steel Company, LLC**

CASE NO **15-**

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 8/10/2015

Signature

***Stephen S. Sikes***
***Member***

Date

Signature

Aaron Smith
167 Deer Creek Dr.
Aledo, TX 76008

ACS Hydraulics
1101 Stanley Dr.
Euless, TX 76040

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250

Advance Steel Co.
16250 Northland Dr., #325
Southfield, MI 48075

Aflac
1932 Wynnton Rd.
Columbus, GA 31999-0001

Ahmsa International Inc.
5150 N. Loop 1604 W
San Antonio, TX 78249

Alamo Iron Works, Inc.
PO Box 231
San Antonio, TX 78291-0231

Allied Electronics Inc.
Accounts Receivable Dept.
7151 Jack Newell Blvd. S.
Fort Worth, TX 76118

AM/NS Calvert LLC
PO Box 538304
Atlanta, GA 30353

American Drive Train Repair
PO Box 161427
Fort Worth, TX 76161

American Express
PO Box 650448
Dallas, TX 75265

Ameritas Life Insurance Corp.
PO Box 81889
Lincoln, NE 68501

Andeler Corporation
PO Box 204365

Dallas, TX 75320

Angelo Feed & Supply Mill
Palmer Feed & Supply
316 Martin Luther King Blvd.
San Angelo, TX 76903

Aramark
PO Box 731676
Dallas, TX 75373

ASKO, Inc.
PO Box 951628
Cleveland, OH 44193

AT&T
PO Box 5001
Carol Stream, IL 60197

AT&T
PO Box 5001
North Suburban, IL 60197

AT&T
PO Box 5017
Carol Stream, IL 60197

AT&T
PO Box 5017
North Suburban, IL 60197

AT&T
PO Box 5019
Carol Stream, IL 60197

AT&T
PO Box 5019
North Suburban, IL 60197

AT&T
PO Box 105068
Atlanta, GA 30348

AT&T
PO Box 105414
Atlanta, GA 30348

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197

AT&T Mobility
PO Box 6463
North Suburban, IL 60197

AT&T Mobility
PO Box 537104
Atlanta, GA 30353

Atmos Energy Corporation
PO Box 841425
Dallas, TX 75284-1425

Batteries Plus #154
5825 Camp Bowie Blvd.
Fort Worth, TX 76107

Bear Transportation Services
PO Box 671020
Dallas, TX 75267

Bearing Chain & Supply Inc.
3244 Gardenbrook Dr.
Farmers Branch, TX 75234

Bekker Electric, Inc.
PO Box 11021
Fort Worth, TX 76110

BNSF Railway Company
75 Remittance Dr.
Chicago, IL 60675

Bobby Dodd
2509 Earl Lane
Fort Worth, TX 76107

Bourland Wall & Wenzel P.C.
301 Commerce St.
Fort Worth, TX 76102

Briar Capital, L.P. as Agent
1500 City West, Suite 420
Houston, TX 77042

Business Automation Inc.
1544 W. Yale Ave.
Orange, CA 92867-3446

California Steel Industries
PO Box 840096
Los Angeles, CA 90084-0096

Capital Research and Management Co.
American Funds: Finance & Acct.
3500 Wiseman Blvd.
San Antonio, TX 78251

Cargill Steel & Wire
PO Box 841674
Dallas, TX 75284-1674

CCE Inc.
10741 Tube Dr.
Hurst, TX 76053

Chemsearch
PO Box 971269
Dallas, TX 75397

Cher A. Bumps Inc.
2601 N.W. Expressway
Oklahoma City, OK 73112

City of Fort Worth
1000 Throckmorton St.
Fort Worth, TX 76102

Cockrell Printing Company
PO Box 1568
Fort Worth, TX 76101

Cody Redden
901 Big Valley Circle
Lipan, TX 76462

Coilplus, Inc.
6250 North River Rd., Suite 3030
Rosemont, IL 60018

Concord Supply Inc.
9594 S. Presa
San Antonio, TX 78223-5030

Conner Industries, Inc.
PO Box 200298
Dallas, TX 75320-0298

Conseco Life Insurance Co.
PO Box 223326
Pittsburgh, PA 15251

Continuum Retail Energy Services

PO Box 873112
Kansas City, MO 64187

Coutinho & Ferrostaal Inc.
24324 Network Place
Chicago, IL 60673-1324

Cressaty Metals, Inc.
PO Box 158837
Nashville, TN 37215

Debbie Dodson
4957 Avila Ave.
Carlsbad, CA 92008

Delaware Steel Company of Pennsylvania
535-102 Pennsylvania Ave.
Fort Washington, PA 19034-3408

DirectTV
PO Box 60036
Los Angeles, CA 90060

Dismuke & Waters, P.C.
2000 East Lamar Blvd.
Arlington, TX 76006

Donnie Rabenaldt
14303 Modesta Place
San Antonio, TX 78247

Duferco Steel, Inc.
Lockbox 730013
Dallas, TX 75266

EECU
PO Box 1777
Fort Worth, TX 76101

Emergency Ice
8700 Diplomacy Row
Dallas, TX 75247

Enprotech Industrial Technologies
16608 Collections Center Dr.
Chicago, IL 60693

Equipment Depot
1400 S Loop 12
Irving, TX 75060

FedEx
PO Box 660481
Dallas, TX 75266

First Insurance Funding Co.
PO Box 7000
North Suburban, IL 60197

Fort Worth Water Department
PO Box 870
Fort Worth, TX 76101

Fort Worth Water Department
PO Box 961003
Fort Worth, TX 76161-0003

Franklin Electric Supply
605 East Berry #115
Fort Worth, TX 76110

Hammons Garage
3453 McCart St.
Fort Worth, TX 76110

Haynes and Boone LLP
Bank of America
100 W. 33rd St.
New York, NY 10001

Headwaters BD, LLC
PO Box 911606
Denver, CO 80291

Health Care Service Corporation
PO Box 731428
Dallas, TX 75373

Horwood Ranch Company, Inc.
PO Box 724
Sterling City, TX 76951

Hudson Energy
Dept. 2037
PO Box 122037
Dallas, TX 75312-2037

Hudson Energy
PO Box 731137
Dallas, TX 75373

Humberto Sandoval

1029 E Powell Ave.
Fort Worth, TX 76104

Hurst Fire Equipment
1604 Meadowcrest Lane
Mansfield, TX 76063

Idealease Services, Inc.
430 N Rand Rd.
Barrington, IL 60010

Integrity Control Services
PO Box 732291
Dallas, TX 75373

Inwest Retirement Solutions
3300 North A St.
Midland, TX 79705

J. P. Bowlin Co., Inc.
PO Box 123500
Fort Worth, TX 76121-3500

Jan-Pro
3001 Gateway Dr.
Irving, TX 75063

Jesse P. Taylor Oil Co.
3701 N. Sylvania
Fort Worth, TX 76137

Kane Steel & Iron, LLC
PO Box 381985
Birmingham, AL 35238-1985

Kinder Morgan TX Terminals
Dept. 3017
PO Box 201607
Dallas, TX 75320-1607

Lone Star Machine Works, Inc.
1608 Bruce Way
Seagoville, TX 75159

Luiz Toledo, MD
4255 Bryant Irvin Rd.
Fort Worth, TX 76109

Macsteel Service Centers USA, Inc.
888 San Clemente Dr., Suite 250
Newport Beach, CA 92660

Majestic Steel USA, Inc.
NW 6118
PO Box 1450
Minneapolis, MN 55485-6118

Manuel Baca
4537 Merida Ave.
Fort Worth, TX 76115

Mark M. Jones
One Ridgmar Centre
Fort Worth, TX 76116

Marquette Business Credit SPE I, LLC
Attn: Portfolio Manager
5910 N. Central Expressway, Suite 1900
Dallas, TX 75206

Marquette Business Credit SPE I, LLC
c/o Lynnette R. Warman
Culhane Meadows PLLC
100 Crescent Court, Suite 700
Dallas, TX 75201

Marubeni-Itochu Steel America
Lock Box #4592
Collections Center Dr.
Chicago, IL 60693

Matheson Tri-Gas
PO Box 845502
Dallas, TX 75284-5502

Meridian Bank Texas
100 Lexington St., Suite 100
Fort Worth, TX 76102

Metallia U.S.A. LLC
2200 Fletcher Ave.
Fort Lee, NJ 07024

Metro Business Products
2694 Gravel Dr.
Fort Worth, TX 76118

Metroplex Filter Services
PO Box 185487
Fort Worth, TX 76181

Minmetals, Inc.

1200 Harbor Blvd., Floor 8
Weehawken, NJ 07086

Motion Industries, Inc.
PO Box 849737
Dallas, TX 75284-9737

M.S. Air Inc.
PO Box 48203
Watauga, TX 76148

MSCI Texas Chapter
Attn: Jennifer Childress
320 Highland Springs Lane
Georgetown, TX 78633

National Bolt & Industrial Supply
391 N. Beach St.
Fort Worth, TX 76111-7019

Nordic Company
4390 Gibsonia Rd.
Gibsonia, PA 15044-5325

Norton Metals, Inc.
1350 Lawson Rd.
Fort Worth, TX 76131

OMI Crane Services
PO Box 1719
Rockwall, TX 75087

Ozarka Direct
PO Box 856680
Louisville, KY 40285

Pitney Bowes Global Finance
PO Box 371887
Pittsburgh, PA 15250

Precision Metalforming Association
6363 Oak Tree Blvd.
Independence, OH 44131

Priefert Mfg. Co., Inc.
PO Box 1540
Mt. Pleasant, TX 76113

Prime Pest Management
3333 Earhart Dr.
Carrollton, TX 7506

Professional Insurance Company
PO Box 406263
Atlanta, GA 30384

Progressive Waste Solutions of Texas
PO Box 650470
Dallas, TX 75265

Propane Bottle Service
5216 Jacksboro Highway
Fort Worth, TX 76114

Providence Supply
718 Lemons Gap Rd.
Tuscola, TX 79562

Radiology Associates of North
PO Box 99337
Fort Worth, TX 76199

Rail Link International
209 W. 2nd St.
Box 282
Fort Worth, TX 76102

Rusco Packaging, Inc.
PO Box 226685
Dallas, TX 75222-6685

S&P Steel Products, Inc.
1503 North Post Oak Rd.
Houston, TX 77055

Samuel, Son & Co., Inc.
24784 Network Place
Chicago, IL 60673

Santex International Truck
PO Box 20007
San Antonio, TX 78220

Southwest Idealease
3722 Irving Blvd.
Dallas, TX 75247

SPS Family Partnership, Ltd.
3908 Westcliff Rd. South
Fort Worth, TX 76109

Staples Credit Plan

Dept. 11-0001922178
PO Box 183174
Columbus, OH 43218

Steel & Pipe Supply Co., Inc.
PO Box 731266
Dallas, TX 75373

Steelscape
Dept. LA
Lockbox 24150
Pasadena, CA 91185

Stripco Inc.
PO Box 248
Osceola, IN 46561

Stuart Hose
701 Riverside Dr.
Fort Worth, TX 76111

Sumitomo Corporation
91021 Collections Center Dr.
Chicago, IL 60693

S.W. Industrial Services, Inc.
2413 Whitmore
Fort Worth, TX 76107

S.W. Technical Services, Inc.
3209 Hidden Cove Dr.
Plano, TX 75075

TCU Florist
3131 university Dr.
Fort Worth, TX 76109

Telesys
6840 Boulevard 26
Fort Worth, TX 76180

Ternium International USA Corp.
PO Box 3039
Carol Stream, IL 60132-3039

Texas Medicine Resources
PO Box 8549
Fort Worth, TX 76124

The Whitney Smith Company, Inc.
301 Commerce St., Suite 1950

Fort Worth, TX 76102-3708

ThyssenKrupp Steel USA, LLC
1 ThyssenKrupp Dr.
Calvert, AL 36513

Tindall Record Storage
630 N. Freeway, Suite 300
Fort Worth, TX 76102

Tom Baloga
3928 vista Greens Dr.
Fort Worth, TX 76244

Toyota Tsusho America, Inc.
Attn: W502108
PO Box 7777
Philadelphia, PA 19175

Triple-S Steel Supply Co.
PO Box 201375
Houston, TX 77216-1375

TX Building and Roofing, Inc.
3413 Highway 281 North
Marble Falls, TX 78654

Uline
2200 S. Lakeside Dr.
Waukegan, IL 60085

USS-Posco Industries
PO Box 742362
Los Angeles, CA 90074

UTI Transport Solutions Inc.
PO Box 403526
Atlanta, GA 30384

WATCO Transloading, LLC
Dept. 1392
Denver, CO 80256

Wells Fargo Bank N.A., as Agent
111 West Ocean Blvd., Suite 300
Long Beach, CA 90802

Wesley Seals & Supply Co.
236 W. Bedford Euless Rd.
Hurst, TX 76053-4043

Willbanks Metals Inc.
1155 NE 28th St.
Fort Worth, TX 76106

Worldwide Express
PO Box 757
Bedford, TX 76095

W.W. Grainger, Inc.
Dept. 802324723
PO Box 419267
Kansas City, MO 64141